# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3017

_____

Michael Beach,        *
            *
       Appellant,        *
            *    Appeal from the United States
       v.             *    District Court for the
            *    District of Minnesota.
State of Minnesota,        *
            *       [UNPUBLISHED]
       Appellee.        *

_____

Submitted: March 31, 2004
Filed: April 6, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.


Michael Beach appeals the district court's[1] dismissal of his civil rights action. After de novo review, we affirm because, as the district court concluded, the complaint was barred by the Eleventh Amendment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.